IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| DARLENE MARROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:09CV340 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on February 22, 2010. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (docket no. 13) and Motion to Remand (docket no. 14) are DENIED.

(3) Defendant's Motion for Summary Judgment (docket no. 16) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

/s/
Richard L. Williams
United States District Judge

Richmond, Virginia
Date: MAR 1 1 2010